appellant pay to each of the respondents $10 costs of the motion, and within the same time perfect its appeal and serve the printed appeal books.

---

THOMPSON, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 13, 1912.) Action by Thomas W. Thompson against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order reversed, on the ground that the damages are excessive, and new trial granted, with costs to appellant to abide event, unless the plaintiff stipulates to reduce the verdict to $12,000, in which case the judgment is so modified, and, as modified, the judgment and order are affirmed, without costs.

BETTS, J., votes for affirmance without modification.

---

TILT v. DELAWARE & HUDSON CO. (Supreme Court, Appellate Division, First Department. December 6, 1912.) Appeal from Special Term, New York County. Action by Edgar M. Tilt, as trustee in bankruptcy of the Smith Lumber Company, against the Delaware & Hudson Company. From a judgment for plaintiff, defendant appeals. Affirmed. A. Opdyke, for appellant. J. A. Houghwout, for respondent.

PER CURIAM. Judgment and order affirmed, with costs.

McLAUGHLIN, J., dissents.

INGRAHAM, P. J. I dissent, on the ground that the instrument dated July 9, 1909, was sufficient to transfer title to the indebtedness against the defendant to the Honesdale Dime Bank of Honesdale, Pa., and that the plaintiff, as trustee in bankruptcy, taking title only of the original creditor, could not enforce a claim that had been transferred.

---

TITLE GUARANTEE & TRUST CO. et al., Respondents, v. KEASBEY & MATTISON CO. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by the Title Guarantee & Trust Company and another against the Keasbey & Mattison Company. W. J. Bowman, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

In re TITUS ST. IN CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. December 6, 1912.) In the matter of the application of the City of New York, etc.; Opening of Titus Street from Jackson Avenue to East River, in the Borough of Queens. No opinion. Motion to resettle order granted, without costs. Settle order before Mr. Justice Burr.

TOWNSEND, Respondent, v. TOWNSEND, Appellant. (Supreme Court, Appellate Division, Second Department. December 6, 1912.) Action by Florence E. Townsend against George S. Townsend.

PER CURIAM. Motion denied, without costs, on condition that within 20 days appellant comply with the judgment appealed from, by paying the alimony therein provided for to date, perfect the appeal, place the case on the next calendar, and be ready for argument when reached; otherwise, motion granted, with costs.

---

TURNER v. BRYANT et al. (Supreme Court, Appellate Division, Third Department. November 22, 1912.) Action by Charles H. Turner against Edwin R. Bryant and another. No opinion. Motion denied. See, also, 137 N. Y. Supp. 466.

---

UNGER et al., Respondents, v. MILLER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 20, 1912.) Action by George E. Unger and others against John C. Miller, individually and as executor, etc., and another. No opinion. Order affirmed, with $10 costs and disbursements.

---

UNGER v. UNGER. (Supreme Court, Appellate Division, First Department. November 15, 1912.) Action by Melanio Unger against Max Unger. No opinion. Motion denied, with $10 costs. Order filed. See, also, 137 N. Y. Supp. 730.

---

UNITED STATES OXYGEN CO., Respondent, v. BUGE, Appellant. (Supreme Court, Appellate Division, First Department. November 29, 1912.) Action by the United States Oxygen Company against Bernard A. Buge. I. N. Williams, of New York City, for appellant. A. S. Bacon, of New York City, for respondent. No opinion. Order (136 N. Y. Supp. 297) affirmed, with costs and disbursements. Order filed.

---

UNITED STATES OXYGEN CO. v. BERNARD A. BUGE, Inc. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by the United States Oxygen Company against Bernard A. Buge, Incorporated. No opinion. Motion denied, with $10 costs. Order filed. See, also, 136 N. Y. Supp. 297; 138 N. Y. Supp. 1146.

---

URLACHER, Respondent, v. NEW YORK TELEPHONE CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 6, 1912.) Action by Charles Urlacher against the New York Telephone Company. No opinion. Judgment and order unanimously affirmed, with costs.